UNITED STATES of America, Plaintiff–Appellee,

v.

Alexis Torres SIMON, Defendant–Appellant.

No. 15-10203

United States Court of Appeals, Ninth Circuit.

Filed JANUARY 27, 2017

D.C. No. 2:13-cr-00148-JAD-GWF-2, District of Nevada, Las Vegas

### ORDER

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel disposition in this case shall not be cited as precedent by or to any court of the Ninth Circuit.